NELSON P. COHEN
United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: Stephen.Cooper@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:95-cr-00065-JKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **RETURN TO ORDER FOR** |
| | ) | **STATUS REPORT** |
| ROBINSON ARIA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | UNDER SEAL |
| | ) | |

    The United States responds as follows to the court's Order of July 24, 2008, requesting a status report regarding whether the arrest warrant should stand.

    The warrant for Robinson Aria should continue in force, inasmuch as the defendant is still at large under indictment for a felony offense.  He is currently wanted to stand trial.

    Wherefore, the warrant should stand.

```
U.S. v. Aria                                                    4:95-cr-00065-JKS
```

RESPECTFULLY SUBMITTED this 28th day of July, 2008, at Fairbanks, Alaska.

    NELSON P. COHEN
    United States Attorney

    /s/ Stephen Cooper
    STEPHEN COOPER
    Assistant United States Attorney
    Federal Building & U.S. Courthouse
    101 12th Avenue, Room 310
    Fairbanks, Alaska  99701
    Phone: (907) 456-0245
    Fax: (907) 456-0577
    Email: Stephen.Cooper@usdoj.gov